AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

**FILED**
MAY 0 4 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.

Danijel Glumac

*Defendant*

Case No. 1-17-mj-00314

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Danijel Glumac ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud, Mail Fraud, Conspiracy to Commit Money Laundering and Money Laundering.

Date: 05/01/2017

*Issuing officer's signature*

City and state: Indianapolis, Indiana

Mark J. Dinsmore
*Printed name and title*

**Return**

This warrant was received on *(date)* 5/1/2017 , and the person was arrested on *(date)* 5/3/2017
at *(city and state)* Indianapolis, IN .

Date: 5/3/2017

*Arresting officer's signature*

Jason Hays, Special Agent
*Printed name and title*