UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) | |
| vs. | ) | CAUSE NO. 1:17-mj-0314 |
| DANIJEL GLUMAC,<br>Defendant. | ) | - 01 |

**MINUTE ENTRY**

**For May 3, 2017**

The parties appeared for an initial appearance on the Complaint filed on May 1, 2017. Defendant appeared in person and by FCD counsel Joseph Cleary. Government represented by AUSA Nick Linder. USPO represented by Ryan Harrold.

Financial affidavit approved. Counsel appointed.

Charges, rights and penalties were reviewed and explained. Defendant waived reading of the Complaint.

Preliminary hearing set for **May 17, 2017 at 2:00 p.m. in courtroom 243.**

Government did not seek pretrial detention and defendant ordered released.

Government orally moved to unseal the case file and the same granted.

Defendant released on conditions of pretrial release pending further proceedings before the Court.

Date: 5 MAY 2017

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system